IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ALEC SCARBER,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK,<br><br>　　　　　　　　　　Respondent. | Case No. 1:21-cv-00880-AWI-SAB<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO SEAL<br><br>(ECF No. 14) |

　　Before the Court is Respondent's notice of request and unopposed request to file under seal a confidential clerk's transcript. (ECF No. 14).

　　Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Respondent's request to seal is GRANTED; and
2. The Clerk of Court is DIRECTED to file under seal Clerk's Transcript, Volume 1 of 1, pages 1–92.

IT IS SO ORDERED.

Dated:   **September 3, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE